UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHERI THOMAS,   No. 2:08-cv-01758-MCE-KJM

      Plaintiff,

  v.   MEMORANDUM AND ORDER

KUMAR HOTELS, INC., dba
DENNY'S JACKSON,

      Defendant.

Per this Motion, Shaw Valenza LLP seeks leave of this Court to withdraw as Plaintiff's counsel.[1] According to the Local Rules of Court, counsel "may not withdraw leaving the client *in propria persona* without leave of Court upon noticed motion and notice to the client and all other parties who have appeared." E.D. Cal. Local Rule 83-182(d).

///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 78-230(h).

1

1  Because the Motion is procedurally correct and unopposed, and
2  because, pursuant to California Rule of Professional Conduct
3  3-700, the firm has demonstrated good cause for its request, the
4  firm's Motion is GRANTED.
5      IT IS SO ORDERED.
6  Dated: November 21, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE