UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CHERI THOMAS,

        Plaintiff,

    v.

KUMAR HOTELS, INC., dba DENNY'S JACKSON,

        Defendant.

No. 2:08-CV-01758-MCE-KJM

MEMORANDUM AND ORDER

    On November 21, 2008, this Court entered a Memorandum and Order in the above-entitled action. The Court now orders, *nunc pro tunc,* that the Order (Docket #23) is amended at Page one, lines 19-20 to read: "Per this Motion, Shaw Valenza LLP seeks leave of this Court to withdraw as Defendant's counsel."

    IT IS SO ORDERED.

Dated: December 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1