1  ALAN ADELMAN, ESQ., BAR NO.: 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California 94108
   Telephone: (415) 956-1360
4  Facsimile:  (415) 625-1339

5  ELIZABETH S. MANCL, ESQ., BAR NO.: 191844
   508 Forbes Avenue, 2nd Floor South
6  Yuba City, California 95991
   Telephone: (530) 751-1695
7  Facsimile:  (530) 751-2384

8  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI THOMAS,<br><br>      Plaintiff,<br><br>vs.<br><br>KUMAR HOTELS, INC., dba DENNY'S JACKSON,<br><br>      Defendant. | CASE NO.:   2:08-CV-01758-MCE-KJM<br><br>**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(ii) AND ORDER THEREON**<br><br>Complaint filed on July 30, 2008 |

///
///
///
///
///
///
///
///

**STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P.41(a)(1)(ii) AND ORDER THEREON]**
**CASE NUMBER: 2:08-CV-01758-MCE-KJM**

The parties, by and through their counsel of record, hereby stipulate that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii), with each party bearing its own costs and fees incurred in connection with this litigation.  This dismissal is the result of the complete settlement of the action.

**SO STIPULATED.**

DATED: May 21, 2009				By: /s/ Elizabeth S. Mancl
						ELIZABETH S. MANCL
						Attorney for Plaintiff


DATED: May 21, 2009				KUMAR HOTELS, INC.



						By:_____
						ROGER KUMAR
						President


**ORDER ON STIPULATION FOR DISMISSAL**

Dated:  June 1, 2009

						_____
						MORRISON C. ENGLAND, JR.
						UNITED STATES DISTRICT JUDGE